UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00026),<br><br>       Plaintiff,<br><br>    v.<br><br>SALESFORCE, INC.,<br><br>       Defendant. | Case No.  26-cv-05304-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to A.A. v. Salesforce, Inc., 4:26-cv-01531-JST.

    **IT IS SO ORDERED.**

Dated: June 18, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California